# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**TONY DEWAYNE ROBINSON**                                              **PETITIONER**

**v.**                     **CASE NO. 2:18CV00010 JLH/PSH**

**GENE BEASLEY, Warden,**
**FCI Forrest City**                                                        **RESPONDENT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge Patricia S. Harris. After careful review of those Findings and Recommendations, the timely objections received thereto, and a *de novo* review of the record, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered dismissing the case without prejudice.

IT IS SO ORDERED this 1st day of May, 2018.

                                                    /s/ J. Leon Holmes
                                                    UNITED STATES DISTRICT JUDGE