## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**TONY DEWAYNE ROBINSON**                                            **PETITIONER**

**v.**                              **CASE NO. 2:18CV00010 JLH/PSH**

**GENE BEASLEY, Warden,**
**FCI Forrest City**                                                  **RESPONDENT**

### JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this petition for writ of habeas corpus without prejudice. The relief sought is denied.

IT IS SO ORDERED this 1st day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE